# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Barbee, | **NO. CV-20-08100-PCT-MTM** |
| Plaintiff, | **JUDGMENT ON ATTORNEY FEES** |
| v. | |
| DNSPWR2 LLC, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 18, 2020, judgment is entered in favor of plaintiff and against defendant in the amount of $ 6,897.30.

      Debra D. Lucas
      District Court Executive/Clerk of Court

November 18, 2020

      s/ Rebecca Kobza
By  Deputy Clerk