Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff
Mark Barbee

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Mark Barbee**, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>**DNSPWR2, LLC,** an Arizona company;<br>**DNSPWR3, LLC,** an Arizona company;<br>**DNSPWR4, LLC,** an Arizona company;<br>**Donald Hulen,** an Arizona resident; and<br>**Sarah Padrnos,** an Arizona resident;<br><br>Defendants. | Case No. 3:20-CV-08100-MTM<br><br><br><br>**SATISFACTION OF JUDGMENT**<br><br><br>**(Assigned to the Hon. Michael T. Morrissey)** |

Plaintiff Mark Barbee, by and through undersigned counsel, hereby acknowledges receipt and full satisfaction of the judgments entered against Defendants as set forth in Dkt. 17 and 21.

///

///

///

///

RESPECTFULLY SUBMITTED May 28, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd, Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona Court Clerk, using the CM/ECF System and sent via US mail to:

Donald Hulen/Sarah Padrnos
411 W. Cattle. Dr. Trl.
Flagstaff, AZ 86005

/s/ Ashley Peschke